UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiff,

        v.

MONSOON MULTIMEDIA, INC., a
California corporation,

        Defendants.

--------------------------------------------------------x

Case No. 07-CV-8205 (Jcrs)

**ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant Monsoon Multimedia, Inc. has until October 22, 2007 to

answer the Complaint filed on Sept. 19, 2007 by Plaintiffs Erik Andersen and Rob Landley.

        SO ORDERED.

DATED: New York, NY
        **10/10**____, 2007

                         John E. Sprizzo
                         United States District Judge