AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Erik Andersen and
Rob Landley

V.

Monsoon Multimedia, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8205**

TO: (Name and address of Defendant)

Monsoon Multimedia, Inc.
1730 South Amphlett Blvd., Suite 101
San Mateo, CA 94402

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Software Freedom Law Center
1995 Broadway, Floor 17
New York, NY 10023-5882

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: SEP 1 9 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　*Date*　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SOFTWARE FREEDOM LAW CENTER
1995 BROADWAY, 17TH FLOOR
NEW YORK, NY 10023-5882
Telephone: (212) 580-0800

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK

| ERIK ANDERSON AND ROB LANDLEY | CASE NUMBER |
|---|---|
| Plaintiff. | 07 CIV 8205 |
| MONSOON MULTIMEDIA, INC. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; COMPLAINT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served　　　　　　　: MONSOON MULTIMEDIA, INC.

    By Serving　　　　　:Loretta Alger, Account Manager / Person Authorized To
    　　　　　　　　　　　　Accept Service Of Process
    Address　　　　　　　: ( Business ) MONSOON MULTIMEDIA, INC.

    　　　　　　　　　　　 1730 South Amplett Blvd., Suite 101
    　　　　　　　　　　　 San Mateo, Ca 94402
    Date of Service　　　: September 24, 2007

    Time of Service　　　: 12:15PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 24, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA　　　　　　　　Signature: _____
Number 1027　　　　　　　　　　　　　　　　　　　　　　　TERRY GRAAP