UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiff,

v.

MONSOON MULTIMEDIA, INC., a
Delaware corporation,

        Defendants.

------------------------------------------------------------x

Case No. 07-CV-8205

**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant Monsoon Multimedia, Inc. has until November 5, 2007 to answer the Complaint filed on Sept. 19, 2007 by Plaintiffs Erik Andersen and Rob Landley.

SO ORDERED.

DATED: New York, NY
       10/17, 2007

                                    John E. Sprizzo
                                    United States District Judge