SPRIZZO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiff,

v.

MONSOON MULTIMEDIA, INC., a
Delaware corporation,

        Defendants.

----------------------------------------------------------x

Case No. 07-CV-8205

**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

IT IS HEREBY ORDERED that Defendant Monsoon Multimedia, Inc. has until November 5, 2007 to answer the Complaint filed on Sept. 19, 2007 by Plaintiffs Erik Andersen and Rob Landley.

SO ORDERED.

DATED: New York, NY
       October 22, 2007

_____
John E. Sprizzo
United States District Judge