PRESKA, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ERIK ANDERSEN, an individual,
ROB LANDLEY, an individual,

        Plaintiff,

v.

MONSOON MULTIMEDIA, INC., a
California corporation,

        Defendants.

-------------------------------------------------------------X

Case No. 07-CV-08205-LAP

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Erik Andersen and Rob Landley hereby dismiss this action against defendant Monsoon Multimedia, Inc. WITHOUT PREJUDICE, and without costs to any party

DATED: New York, NY

_____, 2007

SOFTWARE FREEDOM LAW CENTER

_____
Daniel B. Ravicher, Esq. (DR1498)
1995 Broadway, 17th Floor
New York, NY 10023-5882
(212) 580-0800

*Attorneys for plaintiffs Erik Andersen and Rob Landley*

SO ORDERED:

_____
Hon. Loretta A. Preska
United States District Judge

November 29, 2007

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.